UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                        Case No. 2:05-mj-14

THORSTON REGNER GEDVICK, JR.,                HON. TIMOTHY P. GREELEY

      Defendant.

_____/

## ORDER OF DETENTION

Defendant Thorsten Gedvick, Jr., is charged in a Complaint with Felon in Possession of a Firearm. The Government moved for pretrial detention of the defendant and the matter was set for hearing on April 27, 2005. At the hearing, defendant waived his right to detention hearing and also his right to a preliminary examination. Therefore, the Government's motion for detention is granted and the defendant will be detained pending further proceedings. Accordingly,

IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                      /s/ Timothy P. Greeley
                      TIMOTHY P. GREELEY
                      UNITED STATES MAGISTRATE JUDGE

Dated:   April 28, 2005